# SUPREME COURT OF HAWAIʻI

Sierra Club v. Castle & Cooke Homes Hawaiʻi Inc. .... SCAP–13–0000765    04/06/2016    Affirmed